Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

**Dated: May 12th, 2020**

# UNITED STATES BANKRUPTCY COURT

Northern District of West Virginia

---

| | |
|---|---|
| In Re:  Protea Biosciences, Inc. and Protea Biosciences Group, Inc.<br>Debtor | Case No.: 1:17−bk−01200<br>Chapter 11 |

| | |
|---|---|
| Protea Biosciences Group, Inc. ,<br><br>Protea Biosciences, Inc.<br>Plaintiff(s)          **v.** | CKR Law LLP ,<br><br><br>Defendant(s) |
| Adv. Proc. No. 1:19−ap−00056 | Judge: Frank W. Volk |

---

### ORDER AND NOTICE

   In reviewing the above−styled matter, it appears to the Clerk that no action has been taken by any party since March 11, 2020, with regard to the complaint filed by Protea Biosciences Group, Inc., Protea Biosciences, Inc. against CKR Law LLP.

   As a consequence of no party indicating a further interest in the prosecution of the issues raised, it is hereby

   **ORDERED** and **NOTICE** is given that the aforesaid complaint shall be dismissed unless good cause is shown for nondismissal within thirty (30) days from the date of entry hereof, or action is taken to prosecute the action within the same time period.